IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00365-WYD-BNB

DOROTHEA CRAIG,

     Plaintiff(s),

v.

ADVO, INC., a Delaware corporation,

     Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice, filed pursuant to Fed. R. Civ. P. 41(a)(1), filed November 14, 2006 (docket #21).  The motion states that the parties have resolved all disputes between them.  Therefore, it is hereby

ORDERED that the claims and causes of action in this case are hereby **DISMISSED WITH PREJUDICE**, each party to bear her or its own costs and attorney's fees.

 Dated:  November 15, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge